Joshua S. Parilman (021272)
DAVID WROBLWESKI & ASSOCIATES, P.C.
20 E. Thomas Road, Ste. #2600
Phoenix, AZ 85012
Phone: (602) 266-4570
Fax: (602) 288-1650
Email: parilman@aol.com
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

FRED F. ESCOBEDO,
xxx-xx-0040, and

JULIA P. ESCOBEDO,
xxx-xx-0136,

6510 W. ORANGE DR.
GLENDALE, AZ 85301

Debtors.

) In Proceedings Under Chapter 13
)
) Case No.: 2:11-bk-08189-RTB
)
) **ATTACHMENT TO SCHEDULE J**
)
)
)
)
)
)

COME NOW the Debtors and hereby certify under penalty of perjury that the attached Business Income and Expenses statement was true and correct to the best of their information and belief as of the date of the filing of the instant Chapter 13 bankruptcy case.

DATE: 3/14/12

_____          _____
Fred F. Escobedo                              Julia P. Escobedo

# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re: FRED F. ESCOBEDO, JULIA P. ESCOBEDO, Debtor(s)

Case No. 2:11-bk-08189
Chapter 13

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---|
| 2. Gross Monthly Income | $ 20,239.24 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 18,404.81 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 18,404.81 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 1,834.43 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy