In re  **FRED F. ESCOBEDO,**  Case No. **2:11-bk-08189**
      **JULIA P. ESCOBEDO**
                                                                                 ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BUSINESS CHECKING ACCOUNT CHASE 1069** | C | 303.85 |
| | | | **CERTIFICATE OF DEPOSIT M&I BANK** | C | 0.00 |
| | | | **M & I BANK LIQUIDATED THE CD POST FILING. ON 11/29/12 THEY AMENDED THEIR PROOF OF CLAIM BECAUSE OF THE LIQUIDATION.** | | |
| | | | **M&I BANK CHECKING ACCT: 9889** | C | 40.81 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND APPLIANCES: DINING ROOM TABLE, TWO LIVING ROOM COUCHES, TWO LIVING ROOM CHAIRS, TWO COFFEE TABLES, TWO END TABLES, TWO LAMPS, THREE BEDS, THREE NIGHT STANDS, THREE NIGHTSTANDS, THREE DRESSERS, BEDROOM LAMP, TV, STEREO, TWO CLOCK RADIOS, WASHING MACHINE, REFRIGERATOR, DRYER, VACUUM CLEANER** | C | 1,200.00 |
| | | | **HOUSEHOLD GOODS AND APPLIANCES: TABLE, TABLE W/FOUR CHAIRS, CHEST FREEZER, CHINA CABINET, BED, TWO VANITYS, TWO CHAIRS, TELEVISION, DVD PLAYER** | C | 350.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **BOOKS, CD'S, DVD'S** | C | 20.00 |
| | | | **BOOKCASE, DVD PLAYER** | C | 25.00 |
| 6. | Wearing apparel. | | **CLOTHING** | C | 700.00 |
| | | | | Sub-Total > (Total of this page) | **2,639.66** |

  **3**  continuation sheets attached to the Schedule of Personal Property

In re **FRED F. ESCOBEDO,** Case No. **2:11-bk-08189**
**JULIA P. ESCOBEDO**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **WEDDING RINGS** | **C** | **500.00** |
| | | **COSTUME JEWELRY** | **C** | **25.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **WHOLE LIFE INSURANCE POLICY THROUGH PRUDENTIAL **TOTALLY BORROWED AGAINST**** | **H** | **0.00** |
| | | **WHOLE LIFE INSURANCE POLICY THROUGH NEW YORK LIFE** | **W** | **2,925.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **PENSION BOARDS - UNITED CHURCH OF CHRIST MONTHLY DISBURSEMENT $ 993.22** | **W** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **FRED'S TIRE SHOP, LLC 07282697 BUSINESS RUN OUT OF HOME. FOR EXPLANATION SEE SOFA #18.** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total > **3,450.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **FRED F. ESCOBEDO,** Case No. **2:11-bk-08189**
**JULIA P. ESCOBEDO**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 FORD F-150 MILEAGE: 83,000** | C | 11,000.00 |
| | | **2008 FORD F150 MILEAGE: 55,000** | C | 10,650.00 |
| | | **2008 MERCURY MARQUIS 32,000 MILES** | C | 11,025.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total > **32,675.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re   **FRED F. ESCOBEDO,**                                              Case No.   **2:11-bk-08189**
      **JULIA P. ESCOBEDO**

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **FAX MACHINE, FILE CABINET** | C | 25.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **PREPAID FUNERAL EXPENSES** | C | 0.00 |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | **25.00** |
| Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Personal Property | Total > | **38,789.66** |

(Report also on Summary of Schedules)